# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOHN KIMBRO,

    Petitioner,

v.                                              CASE NO. 5:12-cv-00350-MP-EMT

MICHAEL D CREWS, KENNETH TUCKER,

    Respondents.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 15, 2013. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, the Court agrees that the petition in this case is untimely. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. Respondent's motion to dismiss (doc. 17) is GRANTED. The amended petition for writ of habeas corpus (doc. 4) is DISMISSED with prejudice as untimely, and a certificate of appealability is DENIED.

**DONE AND ORDERED** this _10th_ day of January, 2014

                                               *s/Maurice M. Paul*
                                               Maurice M. Paul, Senior District Judge